# E-filing

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name ____ EVINS ____ WILLIAM ____ L. ____

    (Last)         (First)        (Initial)

Prisoner Number ____ D14797 ____

Institutional Address ____ P.O. BOX 689, SOLEDAD, CA. 93960 ____

_____

==============================================================

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

WILLIAM L. EVINS
(Enter the full name of plaintiff in this action.)

            vs.

BEN CURRY (Warden), et. al.

(Enter the full name of the defendant(s) in this action)

Case No. _____
(To be provided by the clerk of court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies

    [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

    A.   Place of present confinement _CORRECTIONAL TRAINING FACILITY_

    B.   Is there a grievance procedure in this institution?

           YES (X)     NO ( )

    C.   Did you present the facts in your complaint for review through the grievance procedure?

           YES (X)     NO ( )

    D.   If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT            - 1 -

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal ___BYPASSED BY ADMINISTRATION_____

_____

_____

2. First formal level___#CTF-07-00674...THE RESPONSE, DATED_
3-28-07, STATED THE DENTAL DEPT. HAS UNTIL 1-1-2010 TO
ACT ON MY REQUEST FOR TREATMENT._____

3. Second formal level_DATED 5-17-07, PARROTS THE PREVIOUS_
FIRST LEVEL RESPONSE._____

_____

4. Third formal level DATED 8-27-07, PARROTS THE PREVIOUS
RESPONSES._____

_____

E.    Is the last level to which you appealed the highest level of appeal available to you?

YES ( X)     NO ( ) APPEAL IS HERETO ATTACHED

F.    If you did not present your claim for review through the grievance procedure, explain

why._____

_____

_____

II.    Parties

A.    Write your name and your present address. Do the same for additional plaintiffs, if any.
WILLIAM L. EVINS-D14797-ZW-303_____
P.O. BOX 689_____
SOLEDAD, CA. 93960_____

B.    Write the full name of each defendant, his or her official position, and his or her place of
employment.
BEN CURRY-WARDEN...JOSEPH CHUDY, M.D. CHIEF MEDICAL OFFICER_
K.B. SATHER, CHIEF DENTAL OFFICER...P. BABIENCO, D.D.S._
ALL ARE EMPLOYED AT CORRECTIONAL TRAINING FACILITY.

COMPLAINT                        - 2 -

III.   Statement of Claim

State here as briefly as possible the facts of your case.  Be sure to describe how each defendant is involved and to include dates, when possible.  Do not give any legal arguments or cite any cases or statutes.  If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

SINCE 2003, I'VE HAD TWO DIFFERENT TYPES OF DENTAL DISEASES THAT HAVE BEEN DIAGNOSED BY THE CTF DENTAL DEPARTMENT. HOWEVER, THE DENTAL DEPARTMENT DID NOT PROPERLY TREAT THE DISEASES. WHICH HAS RESULTED IN CONSTANT PAIN SINCE 2003 AND THE DEGENERATION OF ALL PLAINTIFF'S TEETH. THIS DISEASE HAS ALSO EFFECTED MY HEART. OF WHICH I AM UNDER DOCTOR'S CARE.

IV.   Relief

Your complaint cannot go forward unless you request specific relief.  State briefly exactly what you want the court to do for you.  Make no legal arguments; cite no cases or statutes.

THAT THE DISEASES BE TREATED...THE NOW ROTTED TEETH BE EXTRACTED THAT I RECEIVE A FULL SET OF DENTAL IMPLANTS...MONETARY & PUNITIVE DAMAGES BE AWARDED.

COMPLAINT                        - 3 -

1

2

3

4        I declare under penalty of perjury that the foregoing is true and correct.

5

6        Signed this _12 th_ day of _MAY_____, 20_08_

7

8        _____

9                    (Plaintiff's signature)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                        - 4 -

# EXHIBIT

# A

MAR 3 0 2007

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)



Location: Institution/Parole Region
1.
2.

Log No. `110674`

Category `8 - 8`

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | | UNIT/ROOM NUMBER |
|------|--------|-----------|---|------------------|
| W.L. EVINS | D14797 | PORTER | | ZW-303 |

**A. Describe Problem:** THIS 602 IS DIRECTED TO THE CHIEF DENTAL OFFICER FOR CORRECTIONAL TRAINING FACILITY (C.T.F.), LOCATED IN MONTEREY COUNTY. THE PURPOSE OF THIS 602 IS IN REGARD TO THE FACT THAT IN FEBRUARY 2003, I FILED A 602 REGARDING GROSS NEGLIGENCE BY THE C.T.F. DENTAL STAFF. THIS GROSS NEGLIGENCE RESULTED IN THE LOSS OF MY TEETH. A COPY OF SAID 602 IS HERETO ATTACHED AS EXHIBIT "A".

FAST FORWARD TO THE PRESENT. IN APRIL 2006, A DENTAL CARE CLASS ACTION SETTLEMENT WAS REACHED REGARDING GROSS DENTAL NEGLIGENCE (AS IN MY CASE)

If you need more space, attach one additional sheet.                    ...CONTINUED...

**B. Action Requested:** BASED UPON THE AFOREMENTIONED FACTS. I AM REQUESTING AND DEMANDING THAT I BE SEEN BY C.T.F. DENTAL STAFF FORTHWITH. IN ORDER TO REASSES MY DENTAL PAIN AND CONDITION AND COMMENCE TREATMENT FORTWITH CONSISTENT WITH THE SETTLEMENT AND REGULATIONS.

Inmate/Parolee Signature: _William Jn Evins_     Date Submitted: 02-14-07

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response: _____

BYPASS

Staff Signature: _____    Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

INMATE APPEALS BRANCH
JUN - 5 2007
RECEIVED

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

RECEIVED

RECEIVED

CDC Appeal Number: _____

APR 1 8 2007

FEB 1 6 2007

CTF APPEALS

`17  110674`

CTF APPEALS

First Level  ☐ Granted  ☒ P. Granted  ☐ Denied  ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _FEB 2 0 2007_ _____ Due Date: _APR 0 3 2007_

Interviewed by: _____

_See attached memorandum date 28 March 2007 for first level response_

Staff Signature: _____  Title: _dentist_  Date Completed: _28 March 2007_
Division Head Approved:
Signature: _____  Title: _ACDO_  Returned
                                                        Date to Inmate: _MAR 30 2007_

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

FIRST, IT SHOULD BE NOTED THAT I DID NOT RECEIVE THE FIRST LEVEL RESPONSE
BACK IN MY HAND UNTIL APRIL 4, 2007. THE RESPONSE STATES THAT THE C.T.F.
DENTAL DEPARTMENT IS NOT MANDATED TO BE IN COMPLIANCE WITH THE "PEREZ"
SETTLEMENT UNTIL JANUARY 1, 2010 (ALMOST 3 YEARS FROM NOW)...CONTINUED...

Signature: _____  Date Submitted: _4-16-07_

Second Level  ☐ Granted  ☒ P. Granted  ☐ Denied  ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _APR 1 8 2007_  Due Date: _MAY 1 6 2007_
☐ See Attached Letter

Signature: _____  Date Completed: _____
Warden/Superintendent Signature: _____  Date Returned to Inmate: _MA.. 1 8 20.._

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

FIRST, IT SHOULD BE NOTED THAT I DID NOT RECEIVE THE SECOND-LEVEL RESPONSE
BACK IN MY HAND UNTIL MAY 21, 2007. THE RESPONSE STATES THAT THE PEREZ
MANDATE ROLL OUT BEGINS ON JULY 1, 2007 FOR C.T.F. THUS, I HAVE NOW FILLED
OUT A HEALTH CARE SERVICES FORM REQUESTING DENTAL TREATMENT FORTHWITH.
THIS APPEAL PROCESS WILL CONTINUE UNTIL THE ACTION REQUESTED HAS BEEN FULLY
COMPLETED.

Signature: _____  Date Submitted: _5-30-07_

For the Director's Review, submit all documents to: Director of Corrections
                                                      P.O. Box 942883
                                                      Sacramento, CA 94283-0001
                                                      Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted  ☐ P. Granted  ☒ Denied  ☐ Other _____
☒ See Attached Letter
                                                      Date: _AUG 2 7 2007_

CDC 602 (12/87)

...CONTINUED 602 W.L. EVINS-D14797...INFORMAL LEVEL

WITH ALL 33 CALIFORNIA STATE PRISONS. THE FEDERAL CASE SETTLEMENT OF
**PEREZ v. TILTON** (N.D. CAL. No. C-05-5241) NOW REQUIRES PROPER DENTAL
CARE AND TREATMENT AS CLEARLY DEFINED IN THE SETTLEMENT.

FURTHER, THE CALIFORNIA CODE OF REGULATIONS, TITLE-15, IMPLEMENTED
THE SETTLEMENT MANDATES EFFECTIVE OCTOBER 3, 2006.

THEREFORE, BASED UPON THE AFOREMENTIONED. I AM REQUESTING AND DEMANDING
THAT I BE SEEN BY C.T.F. DENTAL STAFF, IN ORDER TO REASSESS MY DENTAL
PAIN AND CONDITION AND COMMENCE TREATMENT FORTHWITH CONSISTENT WITH
THE AFOREMENTIONED SETTLEMENT AND REGULATIONS.

                                    END.

...CONTINUED 602 BY W.L. EVINS-D14797...SECOND-LEVEL

THUS, THE DENTAL DEPARTMENT CAN TAKE IT'S TIME IN RESPONDING TO MY DENTAL
PAIN AND COMMENCEMENT OF TREATMENT...AND BY THE WAY, FILL OUT ANOTHER
DENTAL FORM AND WAIT AGAIN AT THE BOTTOM OF THE LIST.

AS IS STATED IN MAIN BODY OF THIS 602, I'VE BEEN SUBJECTED TO THIS CAVALIER
ATTITUDE BY THE DENTAL DEPARTMENT SINCE 2003. AND BECAUSE THE CHIEF DENTAL
OFFICER HAS THIS CAVALIER ATTITUDE, THE 602 PROCESS CONTINUES UNTIL I GET
THE ACTION REQUESTED AND DEMANDED BY LAW.

                                    END.

STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

CORRECTIONAL TRAINING FACILITY - SOLEDAD

# Memorandum

Date:    28 March 2007

To:      Inmate Evins, D-14797

Subject:  **CTF APPEAL LOG # CTF-S-07-00674**

**FIRST LEVEL RESPONSE**

**ISSUE:**    Wants to have a dental examination and appropriate dental care for his dental
condition as required under the Perez versus Tilton settlement (Perez).

**APPEAL RESPONSE:**

You were interviewed regarding this appeal on 28 March 2007. You agreed the issue(s) listed
above are the issues you are raising in this appeal.

To receive a dental examination you must turn in a form 7362 providing all information
requested in part one (1). Upon receipt of the form 7362 your name will be placed on the list
and you will be ducated in the order your request is received. The inmate appeal form 602
does not substitute for filling out and turning in a form 7362.

CTF Dental Services is not yet under the settlement terms of Perez and does not begin the
roll out required by Perez until 01 July 2007. CTF Dental Services is not required to be in
full compliance with Perez until 01 January 2010. Perez may not be used as a basis for
"demanding" dental care at CTF.

**APPEAL DECISION:** Your First Level appeal has been <u>partially granted</u> in accordance
with the policies set forth in CCR Title 15, DOM, and applicable portions of <u>Dental Policies
and Procedures.</u>

If you are dissatisfied with this decision, you may appeal to the Second Formal Level by
completing Section "F" of your CDC 602 form, and submitting it to the Institution Appeals
Office **within 15 days of the receipt of this response.**


P. Babienco, DDS                        KYLE B. SATHER, DDS
                                        Chief Dental Officer
CTF - Soledad                           CTF - Soledad

State of California                                          Department of Corrections and Rehabilitation

# MEMORANDUM

**Date:** 07 May 2007

**To:** K. B. Sather DDS, CDO

**From:** P. Babienco DDS

**Re:** Chart review for inmate Evins, D-14797.

I have not received a request for dental care from inmate Evins since 06 June 2000. His dental care since that time has been entirely on a sick call basis.

His most recent care episode began on 08 January 2007 as a sick call visit. During that visit his tooth #3 was determined to have non restorable caries, ie: the entire crown lost with only roots remaining. He was referred to medical for clearance due to his heart condition. On 17 January 2007 he was ducated to Central Dental Clinic and his tooth #3 was extracted uneventfully.

I next saw him on 28 March 2007 for the first level interview to this appeal. I have not seen him since nor have I received a request for care from him.

Attached is a copy of a memo I sent to K. Dennis MAA regarding the first level of this appeal. Her instructions were:
1)    Ignore appeal from 2003.
2)    Explain proper use of 7362.
3)    Explain that Perez rollout does not begin until 01 July 2007 and may not be used as basis for "requesting and demanding" anything.

State of California                                                    Department of Corrections and Rehabilitation

# MEMORANDUM

**Date:** 13 March 2007

**To:** K. Dennis MAA

**From:** P. Babienco DDS

**Re:** Inmate appeal log# CTF-S-07-00674

I received the above referenced appeal today and, quite frankly, I am puzzled as to exactly what the issue(s) is/are. It seems he is "requesting and demanding" that he receive some sort of settlement under the terms of Perez versus Tilton. According to HCSD administration in Sacramento we are not yet under Perez versus Tilton. He references an appeal from four (4) years ago that was ultimately rejected at the third level. Kindly assist me by delineating what the issue(s) is/are that need to be responded to and also please advise me whether or not his reference to the Perez versus Tilton settlement can be used as a basis for filing an appeal.

'F CALIFORNIA                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

CORRECTIONAL TRAINING FACILITY - SOLEDAD

# ᴍemorandum

Date:     May 17, 2007

To:       EVINS, D14797

Subject:  **CTF APPEAL LOG # CTF-S-07-00674**
          **SECOND LEVEL RESPONSE**

**ISSUE:**   Your CDC 602 indicates that you are requesting to have a dental examination and appropriate dental care for your condition as required under the Perez versus Tilton settlement (Perez).

**APPEAL RESPONSE:**   You were interviewed by P. Babienco, DDS March 28, 2007 at the 1ˢᵗ Level of this CDC 602. You were advised at that time of the proper procedure for requesting service. You were advised that you must complete and submit a CDC 7362 Health Care Services Request Form. Upon receipt of the CDC 7362 your name would be placed on the waiting list and you would be ducated in the order your request was received. You were also advised that the CDC 602 was not a substitute for filling out and submitting the required CDC 7362.

You were also advised that CTF Dental services is not yet under the settlement term of Perez and does not begin the roll out required by Perez until July 1, 2007. CTF is not required to be in full compliance until January 1, 2010.

You were dissatisfied at the 2ⁿᵈ Level of this CDC 602.

Your CDC 602 was reviewed by K. Sather, Chief Dental Officer. You were instructed at the 1ˢᵗ level to complete and submit a CDC 7362 in order to receive dental treatment. To this date the dental department has not received a CDC 7362 from you. You are once again advised that if you do not complete and submit the required CDC 7362 you will not receive dental treatment. A CDC 7362 has been attached to this CDC 602 for you. If you require help in completing the CDC 7362 you may contact dental staff who will assist you in the completion of this form.

**APPEAL DECISION:** Your Second Level appeal has been **partially granted** in accordance with the policy and procedures as set forth in CCR Title 15 and DOM.

If you are dissatisfied with this decision, you may appeal to the Director's Level by completing section "H" on your appeal form, and submitting it by mail within 15 days of receipt of this response.

**Joseph Chudy, M.D.**
**Chief Medical Officer**

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# DIRECTOR'S LEVEL APPEAL DECISION

Date: AUG 2 7 2007

In re:    Evins, D-14797
          Correctional Training Facility
          P.O. Box 686
          Soledad, CA 93960

          IAB Case No.: 0616095          Local Log No.: CTF 07-00674

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner C. Hall, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I    APPELLANT'S ARGUMENT:** It is the appellant's position he is requesting a dental examination and appropriate dental care for his condition as required under the Perez vs. Tilton settlement (Perez).

**II    SECOND LEVEL'S DECISION:** It is the institution's position the appellant was informed Correctional Training Facility (CTF) has yet to implement the Perez vs. Tilton Proposed Order and will commence with the implementation on July 1, 2007; however, CTF is not required to be in full compliance until January 1, 2010. The appellant was directed to submit a CDC Form 7362, Health Care Services Request to dental services in order to receive treatment. To this date, the appellant was advised dental services had yet to receive any request for treatment since June 6, 2000. The appellant was provided a copy of a CDC 7362 to submit for dental services; and, on January 8, 2007, the appellant was examined during dental sick call and tooth #3 was determined to have nonrestorable caries, where only the roots remained. Due to the appellant's heart condition, he was referred to health care services for clearance for treatment, and on January 17, 2007, tooth #3 was extracted with no difficulties. The appellant was interviewed by Dr. Sather on March 28, 2007, for his CDC Form 602, Inmate/Parolee Appeal Form, where it was documented the appellant had not submitted a request for further dental treatment.

**III    DIRECTOR'S LEVEL DECISION:** Appeal is denied.

    **A.    FINDINGS:** Upon review of the appellant's CDC 602, it is difficult to determine the exact issues as there is excessive verbiage and numerous citations of the Perez vs. Tilton litigation. The appellant was advised the Perez settlement began implementation at CTF on July 1, 2007, and is not expected to be in full complaince until January 1, 2010. Upon review of the appellant's Unit Health Record, it was determined he had not submitted a CDC 7362 for dental services since June 6, 2000. The appellant was provided a copy of a CDC 7362 with his appeal and was directed to submit it to dental staff if services were necessary. The appellant was examined by Dr Sather on January 8, 2007, who determined tooth #3 was nonrestorable. As a result, the affected tooth was extracted without incident on January 17, 2007. After review, there is no compelling evidence that warrants intervention at the Director's Level of Review as the appellant has received the necessary dental intervention deemed medically necessary.

    **B.    BASIS FOR THE DECISION:**
California Code of Regulations, Title 15, Section: 3013, 3022, 3350, 3354, 3355.1

    **C.    ORDER:** No changes or modifications are required by the institution.

EVINS, D-14797
CASE NO. 0616095
PAGE 2


This decision exhausts the administrative remedy available to the appellant within CDCR.


N. GRANNIS, Chief
Inmate Appeals Branch

cc:    Warden, CTF
       Health Care Manager, CTF
       Appeals Coordinator, CTF
       Medical Appeals Analyst, CTF

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region

1. _____ CTF-C _____
2. **MAY 0 5 2003**

Log No.
1. **03 - 0 0 3 1 8**
2. **JUN 2 0 2003**

Category

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| Evins, W.L. | D-14797 | 3/W Z-wing Porter | Z-303L |

**A. Describe Problem:** _____

_____

(See Attachment Sheet)

_____

_____

_____

If you need more space, attach one additional sheet.

**B. Action Requested:** _____

(See Attachment Sheet)

_____

Inmate/Parolee Signature: *William Dee Evin*      Date Submitted: 02-05-03

**C. INFORMAL LEVEL (Date Received:** _____ **)**

Staff Response: _____

**Bypassed**

Staff Signature: _____      Date Returned to Inmate: _____

**D. FORMAL LEVEL**

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

**Bypassed**

_____

Signature: _____      Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

**RECEIVED**
FEB 0 6 2003
CTF APPEALS

**03 - 0 0 3 1 8**

First Level ☐ Granted ☒ P. Granted ☐ Denied ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: **FEB 06 2003**    Due Date **MAR 24 2003**

Interviewed by: _____

☒ *Please See Attached Typed Response By Dr. P. Babienco.*

Staff Signature: *A. Brager*    Title: *MAA*    Date Completed: 4/7/03
Division Head Approved: *J. Swain*    TIMOTHY W. FRIEDERICHS, M.D. Returned
Signature: _____    Title: STAFF PHYSICIAN & SURGEON  Date to Inmate: **MAY 05 2003**

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response. Rec. 5-9-03

Please review original complaint CDC's response did not address any issues stated within nor does their action granted comply within any reasonable action to this failure to supply adequate treatment and failure to follow Title 15. Also please note dates, this was not been stored beyond reasonable time frames.

Signature: *William Lee Irvin*    Date Submitted: 5-13-03

Second Level ☒ Granted ☐ P. Granted ☐ Denied ☒ Other *subject to conditions*  **MAY 15 2003**   **JUN 13 2003**

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned:    Due Date:
☒ See Attached Letter    Received CTF dental clinic June 03, 2003

Signature: *A. Brager, MAA*    Date Completed: 6/11/03
Warden/Superintendent Signature: *M. Dayal*    Date Returned to Inmate:

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response. Rec June 23 2003   **JUN 20, 2003**

See original complaint and request and please note that this inmate has had the same Dentist and care since 1987. Has never had teeth cleaning, suggested treatment plan or follow-ups for multitable problems. He has also suffered from non treatment (Broken teeth ect.) since last seen in over six month of problems know by this dentist and dental department. A blatent disregard to his health and welfare.

Signature: *William Lee Irvin*    Date Submitted: July 1, 2003

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other
☐ See Attached Letter   **RECEIVED MAY 15 2003  CTF APPEALS**

Date: _____

CDC 602 (12/87)

INMATE APPEAL FORM
ATTACHMENT SHEET

Evins, W.L.   D-14797

A. Describe Problem:  The dental department at CTF-Central Facility is providing inadequate dental treatment to inmates under their care. The department does not follow the writing nor spirit of it&' language of Title 15, Section 3355.1 to ensure the inmate population receives proper and adequate treatment.

The department does not follow Title 15 directives regarding proposed treatment plans, two year reexamination of inmates under fifty years of age. Past and current policy dictates that only one tooth will be worked on at a time, and any problems existing during these visits is not done at a return visit as a follow up, and no returns are initiated except by the inmate.

This inmate is going to lose his remaining teeth, and he has been and is still in undue pain from the lack of proper dental care. In a inmate appeal, log number 02-00772 it is plainly stated by the dental department that this inmate has been diagnosed with two (2) dental diseases of long duration. This is from inadequate dental treatment being provided to this inmate. I have never had a dental examination done where a treatment plan was proposed and explained to me. Nor have I ever been called back to the dental department for any type of follow up work. I have been denied treatment for more than one tooth at a time regardless of pain. Almost every visit I have done to the dental department there have been multiple dental problem existing and having been here since December 1986, I have never had my teeth cleaned. The current and past policies and procedures the CTF-Central Dental Department follows has denied this inmate with any resemblance of adequate dental treament and care from it. Thus the leading cause to his tooth loss.

B. Action Requested:  That this inmate be sent to a outside dentist to remove the remaining teeth, one that can then provide a proposed treatment plan to replace them with permanent replacement teeth which the departments will cover all cost and related charges since the cause and effect is directly the result of inadequate dental care.

William Von Evins
D-14797

SECOND LEVEL RESPONSE
SUPPLEMENTAL SHEET

Appeal Log# CTF-03-00318
Inmate Evins, D-14797
Date: June 04, 2003

Appeal decision: Granted – subject to conditions

Appeal Response:

In the "attachment sheet" to your original appeal, section B, you demanded that you be sent to an "outside dentist" for dental care. In the first level response you were given specific instructions on how to obtain care at an outside clinic. You are referred to the first level response for those instructions.

Your current dental condition is the result of your failure to maintain oral hygiene through the proper use of a toothbrush and floss. Your attempt to blame "inadequate dental care" is without basis.

You are demanding that your remaining teeth be removed and that "permanent teeth" be provided. Permanent replacement teeth, i.e. dental implants, are not provided by CDC. What CDC will provide is extraction of your remaining teeth if, in the opinion of the attending dentist, their condition requires it, and provision of removable dentures to give you a basic chewing ability.

It is the policy of CTF Dental Services that all inmate dental care is done at the inmate's request. This policy falls within the guidelines of Title 15.

This appeal is granted – subject to conditions at the second level.

_____      06 / 04 / 03
P. Babienco DDS                       DATE

_____      6 / 9 / 03
K. B. Sather DDS  CDO                 DATE

_____      ___ / ___ / ___
M. Freidman MD CMO                    DATE

## SUPPLEMENTAL PAGE
FIRST LEVEL

Inmate Evins, D-14797
Appeal log #CTF-C-03-00318

Action requested

You are requesting that you be sent to a non CDC dental facility for treatment.

Informal Appeal Response: **Granted Subject to Conditions**

You may request dental treatment at a non CDC dental facility subject to the following conditions:

1) The level of treatment you are requesting must exceed the level of treatment available at the institution where you are incarcerated.
2) You must have a legitimate dental basis for the dental treatment you are requesting.
3) You must submit a written request, through your counselor, to the Chief Dental Officer stating the type of treatment you are requesting and your reasons for requesting it.
4) You must agree, and be able, to pay for the treatment requested.
5) You must agree, and be able, to pay for all transportation and escorting costs incurred in taking you to and from the non CDC dental facility.
6) Your request must be approved by a) the Chief Dental Officer, b) the Health Care Manager, c) the Warden.
7) The outside dental facility must agree to accept you as a patient.

If you are serious about receiving dental treatment at a non CDC dental facility it is suggested that you withdraw this appeal and submit your request to the Chief Dental Officer as stated above.

This appeal is granted subject to conditions stated herein at the informal level.

_____
P. Babienco DDS  dentist

3/13/03
Date

Your appeal was reviewed. You were instructed in the 1st level response to fill out a 7362 in order to receive dental ~~~~ treatment. To this date ~~~~ the dental department has not received a 7362 from you. If you do not fill out a 7362 you will not receive dental treatment.

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                                                    GRAY DAVIS, *Governor*

**DEPARTMENT OF CORRECTIONS**
**Inmate Appeals Branch**
**P.O. Box 942883**
**Sacramento, CA 94283-0001**

July 15, 2003

Evins, CDC #D-14797
Correctional Training Facility
P.O. Box 686
Soledad, CA  93960

Re: Institution Appeal Log #CTF 03-0318 Medical

Dear Mr. Evins:

The enclosed documents are being returned to you for the following reasons:

Your appeal is rejected.  Your appeal was granted at the institutional level.  There is no unresolved issue to be reviewed at the Director's Level of Review.

Your assigned counselor, the Appeals Coordinator, or your Parole Agent can answer any questions you may have regarding the appeals process.  Library staff can help you obtain any addresses you need.

N. GRANNIS, Chief
Inmate Appeals Branch

*****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE*****

William Lee Evins D14797
Z-120L
P.O. Box 689
Soledad, CA
93960-0689

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

RECEIVED

MAY 1 _ LEWIS
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



UNITED STATES POSTAGE
$ 02.87⁰