E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIAM L. EVINS,

    Plaintiff,

vs.

BEN CURRY (Warden), et. al.

    Defendant.

CASE NO. _____ CV 08 2537 CW

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, __WILLIAM L. EVINS__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes __X__ No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: __CORRECTIONAL TRAINING FACILITY__

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or                    Yes ___ No _X_
10                self employment
11      b.   Income from stocks, bonds,                 Yes ___ No _X_
12                or royalties?
13      c.   Rent payments?                             Yes ___ No _X_
14      d.   Pensions, annuities, or                    Yes ___ No _X_
15                life insurance payments?
16      e.   Federal or State welfare payments,         Yes ___ No _X_
17                Social Security or other govern-
18                ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.     Are you married?                             Yes ___ No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.     a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 2 -

|  |  |
|---|---|
| 1 | b. List the persons other than your spouse who are dependent upon you for |
| 2 |    support and indicate how much you contribute toward their support. (NOTE: |
| 3 |    For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4 |    THEIR NAMES.). |

5  _____

6  _____

7  5.  Do you own or are you buying a home?   Yes \_\_\_\_   No  X

8  Estimated Market Value: $_____  Amount of Mortgage: $_____

9  6.  Do you own an automobile?   Yes \_\_\_\_   No  X

10 Make _____  Year _____  Model _____

11 Is it financed? Yes \_\_\_\_  No \_\_\_\_\_  If so, Total due: $_____

12 Monthly Payment: $_____

13 7.  Do you have a bank account?  Yes \_\_\_\_  No  X   (Do not include account numbers.)

14 Name(s) and address(es) of bank: _____

15 _____

16 Present balance(s): $_____

17 Do you own any cash? Yes \_\_\_\_  No  X   Amount: $_____

18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19 market value.)   Yes \_\_\_\_  No  X

20 _____

21 8.  What are your monthly expenses?

22 Rent: $  NONE   Utilities: NONE

23 Food: $ 20.00   Clothing: NONE

24 Charge Accounts:

25 Name of Account          Monthly Payment          Total Owed on This Acct.

26  NONE                    $_____          $_____

27 _____       $_____          $_____

28 _____       $_____          $_____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

NONE

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___  No  X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

05-12-08                         William Joe Evins
DATE                             SIGNATURE OF APPLICANT