

William Lee Evins    D-14797
P.O. Box 689         Z-120 L
Soledad, Ca   93960-0689

May 27, 2008

Clerk of The Court, U.S. District Court
Northern District of California

Re;   Civil Case Number CV 08 2537 CW

Dear Sir,

    On 05-12-08 I handed my counselor three (3) copies each of the Civil Complaint and In Forma Paueris Application, along with a request and trust withdrawl for payment of a Certificate of Funds and a six (6) month trust statement. The request stated that the forms had to be mailed with the Complaint and Application.

    I received the enclosed copy from the Trust Office on May 15, 2008 leading me to beleive that all had been completed and mailed to the court together.

    Then on 05-22-08 I received information from your office that my application was insufficient in that you did not receive the Certificate of Funds and Six (6) month Trust Statement. Thus, I once again submitted a request, trust withdrawl and a newly completed In Forma Pauperis Form Application to my Counselor on 05-23-08. Hopefully the institution has completed the paperwork correctly and forwarded it to your office.

Sincerely,

William Lee Evins

DATE: 5/15/08

NAME: Evins, William L.

CDC NUMBER: D4797

HOUSING: 2W-120L

C.T.F TRUST ACCOUNTING

The In Forma Pauperis trust account certification that you requested has been completed and was mailed to the court on this date. A copy can not be returned to you, however, a copy of the document is kept in the Trust office for future reference as needed.

William Lee Ewins   D-14797
P.O. Box 689   Z-120 L
Soledad, CA   93960-0689

RECEIVED

Legal Mail

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California   94102

SAN JOSE CA 951
28 MAY 2008 PM 6 T

94102+3661