FILED

08 JUL 10 PH 12: 56

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

WILLIAM L. EVINS,

                Plaintiff,

    vs.

BEN CURRY (Warden), et. al.

                Defendant.

CASE NO. C08-2537 CW

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

I, WILLIAM L. EVINS , declare, under penalty of perjury that I am the

plaintiff in the above entitled case and that the information I offer throughout this application

is true and correct. I offer this application in support of my request to proceed without being

required to prepay the full amount of fees, costs or give security. I state that because of my

poverty I am unable to pay the costs of this action or give security, and that I believe that I am

entitled to relief.

    In support of this application, I provide the following information:

1.    Are you presently employed? Yes _X_ No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the

name and address of your employer:

Gross: _____ Net: _____

Employer: CORRECTIONAL TRAINING FACILITY _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.   (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _____

5  _____

6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9       a.    Business, Profession or          Yes ____  No __X__

10            self employment

11      b.    Income from stocks, bonds,        Yes ____  No __X__

12            or royalties?

13      c.    Rent payments?                    Yes ____  No __X__

14      d.    Pensions, annuities, or           Yes ____  No __X__

15            life insurance payments?

16      e.    Federal or State welfare payments, Yes ____  No __X__

17            Social Security or other govern-

18            ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.    Are you married?                      Yes ____  No __X__

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____    Net $_____

28  4.    a.    List amount you contribute to your spouse's support:$ _____

1          b.    List the persons other than your spouse who are dependent upon you for

2                  support and indicate how much you contribute toward their support.  (NOTE:

3                  For minor children, list only their initials and ages.  DO NOT INCLUDE

4                  THEIR NAMES.).

5    _____

6    _____

7    5.    Do you own or are you buying a home?    Yes ____  No  X

8    Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.    Do you own an automobile?    Yes ____  No  X

10    Make _____ Year _____ Model _____

11    Is it financed? Yes _____ No _____ If so, Total due: $ _____

12    Monthly Payment: $ _____

13    7.    Do you have a bank account?  Yes ____  No  X  (Do <u>not</u> include account numbers.)

14    Name(s) and address(es) of bank: _____

15    _____

16    Present balance(s):  $ _____

17    Do you own any cash?  Yes ____  No  X  Amount:  $ _____

18    Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

19    market value.)   Yes ____  No  X

20    _____

21    8.    What are your monthly expenses?

22    Rent:  $ __NONE_____  Utilities: __NONE_____

23    Food:  $ __20.00_____  Clothing: __NONE_____

24    Charge Accounts:

25    <u>Name of Account</u>        <u>Monthly Payment</u>        <u>Total Owed on This Acct.</u>

26    __NONE_____    $ _____    $ _____

27    _____    $ _____    $ _____

28    _____    $ _____    $ _____

9.      Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

NONE

_____

_____

10.     Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ____  No __X__

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_05-12-08_                    _William Lee Evans_

DATE                          SIGNATURE OF APPLICANT

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of

_Evins, William L._ for the last six months at
[prisoner name]

_CTF - Soledad_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _33.33_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _32.40_.

Dated: _5/15/08_                  _Yolanda Chang, Acct. / Specialist_
                                  Authorized officer of the institution

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California 93960
ATTN: Trust office



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5/15/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Yolanda Chang, Acct. / Specialist_
TRUST OFFICE

4

REPORT ID: TS3030   .701

REPORT DATE: 05/15/08

PAGE NO:

CALIFORNIA DEPARTMENT OF CORRECTIONS
CTF SOLEDAD/TRUST ACCOUNTING
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: DEC. 16, 2007 THRU MAY 15, 2008

ACCOUNT NUMBER : D14797
ACCOUNT NAME : EVINS, WILLIAM LEE
PRIVILEGE GROUP: A

BED/CELL NUMBER: CFZWT100000120L
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 12/16/2007 | | BEGINNING BALANCE | | | | | 120.00 |
| 12/26 | FC01 | DRAW-FAC 1 | 1972 ML | | | 100.00 | 20.00 |
| | | ACTIVITY FOR 2008 | | | | | |
| 01/03 | D554 | INMATE PAYROL | 2037 P3 | | 20.00 | | 40.00 |
| 01/12 | W385 | DONATION AA G | 2176 GRP-D | | | 16.10 | 23.90 |
| 01/22 | FC01 | DRAW-FAC 1 | 2301 ML | | | 23.90 | 0.00 |
| 02/04 | D554 | INMATE PAYROL | 2465 P11 | | 20.00 | | 20.00 |
| 02/14 | D340 | EFT DEPOSIT | 2607 68737 | | 100.00 | | 120.00 |
| 02/25 | FC01 | DRAW-FAC 1 | 2744 ML | | | 120.00 | 0.00 |
| 03/05 | D554 | INMATE PAYROL | 2852 P7 | | 20.00 | | 20.00 |
| 03/24 | FR01 | CANTEEN RETUR | 703076 | | | 6.30- | 26.30 |
| 03/24 | FC01 | DRAW-FAC 1 | 3085 ML | | | 26.30 | 0.00 |
| 04/03 | D554 | INMATE PAYROL | 3152 P6 | | 20.00 | | 20.00 |
| 04/21 | FC01 | DRAW-FAC 1 | 3444 ML | | | 20.00 | 0.00 |
| 05/05 | D554 | INMATE PAYROL | 3623 P1 | | 20.00 | | 20.00 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 120.00 | 200.00 | 300.00 | 20.00 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE

20.00

Correctional Training Facility
P. O. Box 686
(5 miles N of Soledad on US 101)
Soledad, California 93960
ATTN: Trust Office

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5/15/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Valerie Chuey Acct Specialist_
TRUST OFFICE



William Lee Evins D14797
P.O. Box 689 Z-120L
Soledad, CA 93960-0689

2

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

Yolanda
Chang

Accountant
|
Specialist