IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM L. EVINS,

    Plaintiff,

  v.

BEN CURRY, Warden, et al.,

    Defendants.

No. C 08-02537 CW (PR)

ORDER DISMISSING SUPERVISORY LIABILITY CLAIM AGAINST DEFENDANT CURRY

    On December 4, 2008, the Court issued an Order of Service and directed Plaintiff to amend his supervisory liability claim against Defendant Curry.  The Court gave Plaintiff until January 5, 2009, to file an amendment to the complaint.  Failure to do so would result in dismissal of his supervisory liability claim without prejudice.  The time to file the amendment to the complaint has passed, and Plaintiff has failed to do so.  Accordingly,

    IT IS HEREBY ORDERED that the supervisory liability claim against Defendant Curry is dismissed without prejudice.

    IT IS SO ORDERED.

Dated: 1/28/09

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WILLIAM L. EVINS,

        Plaintiff,

v.

BEN CURRY et al,

        Defendant.

Case Number: CV08-02537 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 28, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William L. Evins
D14797
P.O. Box 689
Soledad, CA 93960

Dated: January 28, 2009

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk